IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DAWN McCULLOUGH,**                                3:10-CV-06117-ST

      **Plaintiff,**                              **JUDGMENT**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**

    Based on the Court's Order (#17) issued November 21, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter **with prejudice**.

    DATED this 21st day of November, 2011.

                                  /s/ Anna J. Brown

                                  ANNA J. BROWN
                                  United States District Judge