**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

DAWN McCULLOUGH,                                    3:10-CV-06117-ST

        Plaintiff,                              JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendant.

    Based on the Court's Order (#17) issued November 21, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter **with prejudice**.

    DATED this 21st day of November, 2011.


                /s/ Anna J. Brown

                _____
                ANNA J. BROWN
                United States District Judge

1 - JUDGMENT